# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy Angier,<br><br>   Plaintiff,<br><br>v.<br><br>American Accounts & Advisers, Inc.,<br><br>   Defendant. | Court File No.: 13-CV-2636 (DWF-JJG)<br><br>**Acceptance of Rule 68 Offer** |

  The plaintiff accepts the defendant's Rule 68 Offer of Judgment, which is attached as Exhibit A.

Date: October 22, 2013

**FRIEDMAN IVERSON, PLLC**

*s/ Todd Murray*

Todd Murray (#347462)
Attorney for Angier
509 First Ave NE, Suite 2
Minneapolis, MN 55413
todd@friedmaniverson.com
(612) 564-4025 (phone)
(612) 392-7979 (fax)