# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy Angier,<br><br>   Plaintiff,<br><br>v.<br><br><br>American Accounts & Advisers, Inc.,<br><br>   Defendant. | Court File No.: 13-CV-2636 (DWF-JJG)<br><br><br>**Notice of Intent to Claim Attorney Fees and Costs under<br>15 U.S.C. § 1692k(a)** |

 To:  Richard A. Malacko, Malacko Law Office, First National Bank Building, 332 Minnesota Street, Suite W1610, St. Paul, MN 55101.

 The plaintiff and his attorney give notice of their intent to claim an award of attorney fees and costs under 15 U.S.C. § 1692k(a), 28 U.S.C. §§ 1920 and 1924, and the Federal Rules of Civil Procedure. Attorneys who provided legal services on which the claim are based are:

- Todd Murray

 The plaintiff proposes that this Court issue a scheduling order for the presentation of a motion for attorney fees that allows the parties a minimum of 30 days from the date of this notice to attempt to informally settle the issue of attorney fees and costs without this Court's involvement.

(signature follows)

                                        **FRIEDMAN IVERSON, PLLC**

Date: October 22, 2013

                                        *s/ Todd Murray*
_____

Todd Murray (#347462)
Attorney for Plaintiff
509 First Ave NE, Suite 2
Minneapolis, MN 55413
todd@friedmaniverson.com
(612) 564-4025(phone)
(612) 392-7979 (fax)